UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Ft. Lauderdale)

CASE NO.  17-cv-60812-WPD

HOWARD COHAN,

    Plaintiff,

v.

QUARTERDECK DAVIE, L.C.

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, HOWARD COHAN, and Defendants, QUARTERDECK DAVIE, L.C. d/b/a QUARTERDECK DAVIE, (the "Parties") by and through their respective undersigned counsel, hereby notify the Court that the parties have reached an amicable resolution of this matter and therefore the parties have agreed that Plaintiff shall dismiss this matter, with prejudice, with each party to bear their own attorneys' fees and costs.

| **Law Offices of Neil S. Odessky, P.A.** | **TRIPP SCOTT, P.A.** |
|---|---|
| 7901 SW 6th Court, Suite 305 | 110 Southeast Sixth Street, 15th Floor |
| Plantation, FL 333324 | Fort Lauderdale, Florida  33301 |
| Telephone: 954-617-1100 | Telephone:  954- 525-7500 |
| Facsimile: 954-617-1300 | Facsimile:   954- 761-8475 |
| *Attorneys for Plaintiff* | *Counsel for Defendants* |
| | |
| */s/ Neil S. Odessky, P.A.* | */s/  Catalina M. Avalos* |
| Neil S. Odessky | **Catalina M. Avalos** |
| Florida Bar Number: 354661 | Florida Bar Number: 090425 |
| (pleadings@nsolaw.com) | cma@trippscott.com |

Dated: August 31, 2016.

1401754v1 200109.0007

Respectfully submitted,

TRIPP SCOTT, P.A.
*Counsel for Defendant*
110 Southeast Sixth Street, 15th Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 525-7500
Facsimile:  (954) 761-8475

By:   /s/ Catalina M. Avalos
         Catalina M. Avalos, Esq.
         Fla. Bar No. 090425
         cma@trippscott.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of August, 2017, the foregoing document is being served this day on all parties and counsel of record identified on the below Service List in the manner specified, either via electronic mail or in some other authorized manner for those parties who are not able to receive documents via electronic service.

**TRIPP SCOTT, P.A.**
*Attorneys for Defendant*
110 SE 6th Street, 15th Floor
Fort Lauderdale, Florida  33301
Tel. 954-525-7500

By:    */s/ Catalina M. Avalos*
         Catalina M. Avalos
         Fla. Bar No. 090425
         cma@trippscott.com

1401754v1 200109.0007

## SERVICE LIST

**Via Notice of Electronic Filing:**

**Feinstein & Sorota, P.A.**
Mark D. Feinstein, Esq.
7901 SW 6th Court, Suite 305
Plantation, FL 333324
(fspa@fspalaw.com)
*Attorneys for Plaintiff*

**Law Offices of Neil S. Odessky, P.A.**
Neil S. Odessky, Esq.
7901 SW 6th Court, Suite 305
Plantation, FL 333324
(pleadings@nsolaw.com)
*Attorneys for Plaintiff*

1401754v1 200109.0007