UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-60812-WPD

HOWARD COHAN,

    Plaintiff,

v.

QUARTERDECK DAVIE, L.C.

    Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, and the Court having reviewed the Stipulation, and being otherwise advised in the premises, does hereby **ORDER AND ADJUDGE**:

1. The case is hereby dismissed with prejudice, with each party to bear their own attorney's fees.

2. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Broward County, Ft. Lauderdale, Florida, this 31st day of August, 2017.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record